HID EEO 1 (Rev 06/08) Employment Discrimination Complaint

ORIGINAL

NAME: Donald Jeffries

MAILING ADDRESS: 99-040 Kauhale st #1823

CITY, STATE, ZIP CODE: Aiea HI 96701

TELEPHONE NUMBER:

FACSIMILE AND EMAIL (if applicable):

cc: DKW/KJM/FILER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 28 2023

at 2 o'clock and 15 min. P M
Lucy H. Carrillo, Clerk
Ls

IFP SUBM.

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| Donald Jeffries<br><br>Plaintiff,<br><br>vs.<br><br>FedEx, Federal Express, FDX<br><br>Defendant(s), | CIVIL NO. CV23 00358 DKW KJM<br><br>EMPLOYMENT DISCRIMINATION COMPLAINT |

1. Plaintiff resides at:

   Address: 99-040 Kauhail St #1823

   City, State & Zip Code: Aiea, HI, 96701

   Phone number: _____

2. Defendant is located at:

   Address: 129 Pohakulana Pl

   City, State & Zip Code: Honolulu, HI 96819

EEO 1 - Page 1

3.     This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is conferred on this Court by 42 U.S.C. § 2000e-5. Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g).

4.     This acts complained of in this suit concern:

A.    ☐    Failure to employ me.

B.    ☒    Termination of my employment

C.    ☐    Failure to promote me.

D.    ☐    Other acts as specified below:

Fired because their claim is. "I'm not work-authorized to work in US as in their statement of saying" FedEx could not allow myself (Jeffries) to work while under "finial Non-Confirmation status with E-verify". When E-verify states ("Action cannot be taken while employee fixing issue of Non-Confirmation) Employer did not provide at training on at worksite the instructions of " Acceptable Documents List"

EEO 1 - Page2

5. Defendant's conduct is discriminatory with respect to the following:

   A. ☐ My race or color.

   B. ☐ My religion.

   C. ☐ My sex.

   D. ☐ My national origin.

   E. ☒ Other acts as specified below:

   See enclosed documents,

6. The basic facts surrounding my claim of discrimination are:

   Title VI of the Civil Rights Act of 1964 42 USC 2000d and 42 USC 1983 under 14th Amed also 8 USC 1324b(a)(5)(6), Regulations for this law are at 28.CFR.Part 44

EEO 1 - Page 3

7. The alleged discrimination occurred on or about ___Feb 14 2023___.
   (Date)

9. I filed charges with the Federal Equal Employment Opportunity Commission (or the State of Hawaii Department of Labor and Industrial Relations, Enforcement Division) regarding defendant's alleged discriminatory conduct on or about ___5/2/23___.
   (Date)

10. WHEREFORE, Plaintiff prays that the Court grant such relief as may be appropriate, including injunctive orders, damages, costs, and attorney fees.

Dated: __8-28-23__

_____
Signature of Plaintiff

__Donald Jeffries__
Plaintiff's Name - printed, or typed.
*(Notarization is not required)*