IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| DONALD JEFFRIES,<br><br>   Plaintiff,<br><br>   v.<br><br>FEDEX,<br><br>   Defendant. | Case No. 23-cv-00358-DKW-KJM<br><br>**ORDER DENYING MOTION FOR RECUSAL** |

On May 21, 2024, continuing a bombardment of frivolous filings, Plaintiff Donald Jeffries moved for recusal of the undersigned, pursuant to 28 U.S.C. Section 455.[1]  Dkt. No. 80.  According to Jeffries, the undersigned should contemplate recusal "based on the serious allegations against Magistrate Judge Kenneth J. Mansfield and the need to uphold judicial integrity."  *Id*. at 1.  Obviously, the "allegations" against the assigned *Magistrate Judge* have nothing to do with the undersigned, and thus provide no basis for recusal.  As for the "need to uphold judicial integrity", liberally construing Jeffries' uncounseled motion, he appears to contend that the undersigned has failed to "acknowledge[e]" a "formal letter" he sent on May 11, 2024 and a "supplemental memorandum" he submitted

---

[1] 28 U.S.C. Section 455(a) provides that "[a]ny justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might be reasonably questioned."

on May 17, 2024. *Id.* Jeffries also asserts that the undersigned's initials on court documents "suggests a potential conflict of interest." *Id*. at 3.

Jeffries' assertions are, of course, absurd. The undersigned's (and the Magistrate Judge's) initials on court documents merely identify the judicial officers assigned to this case. As such, they facilitate public scrutiny. As for Jeffries' May 2024 filings, the reason the undersigned has not addressed them is that they do not concern anything pending before the undersigned.[2] The May 11, 2024 "formal letter", Dkt. No. 78, which was received by the Court on May 13, 2024, requested a correction of court minutes for a proceeding before the *Magistrate Judge*. Therefore, the letter is properly before the Magistrate Judge, given that the undersigned could have no awareness whether the minutes accurately "capture" the exchange between the Magistrate Judge and Jeffries, as he contends. The May 17, 2024 "supplemental memorandum", Dkt. No. 79, meanwhile, concerns Jeffries' motion for recusal of the *Magistrate Judge*, *i.e.*, a motion not directed at the undersigned.

---

[2]And, even if the filings did concern the undersigned, given that they were received, at most, within the last 10 days, there would have been no reason to "acknowledge[e]" them beyond docketing the same, which has been done.

2

In this light, there is nothing approaching cause for recusal. Accordingly, Jeffries' instant motion for recusal, Dkt. No. 80, is frivolous and is DENIED.

IT IS SO ORDERED.

Dated: May 23, 2024 at Honolulu, Hawaiʻi.

_____
Derrick K. Watson
Chief United States District Judge

---

*Donald Jeffries v. Fedex*; Civil No. 23-00358 DKW-KJM; **ORDER DENYING MOTION FOR RECUSAL**