# UNITED STATES DISTRICT COURT
## DISTRICT OF HAWAII

| | |
|---|---|
| DONALD JEFFRIES | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 23-00358 DKW-KJM |
| V. | |
| FEDEX | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII Nov 01, 2024, 1:09 pm Lucy H. Carrillo, Clerk of Court |
| Defendant. | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is dismissed with prejudice and judgment in entered in favor of Defendant Federal Express Corporation, pursuant to the "Order Granting Defendant Federal Express Corporation's Motion for Summary Judgment", ECF No. 122, filed on November 1, 2024.

| November 1, 2024 | LUCY H. CARRILLO |
|---|---|
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |