IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| DONALD JEFFRIES, | ) | CV 23-00358 DKW-KJM |
| | ) | |
| Plaintiff, | ) | ORDER ADOPTING |
| | ) | MAGISTRATE JUDGE'S |
| vs. | ) | FINDINGS AND |
| | ) | RECOMMENDATION TO DENY |
| FEDEX, | ) | DEFENDANT FEDERAL |
| | ) | EXPRESS CORPORATION'S |
| Defendant. | ) | MOTION FOR ATTORNEY'S |
| | ) | FEES |
| _____ | ) | |

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS
AND RECOMMENDATION TO DENY DEFENDANT
FEDERAL EXPRESS CORPORATION'S MOTION FOR ATTORNEY'S FEES

Findings and Recommendation having been filed and served on all parties on January 13, 2025, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.1, the Findings and Recommendations are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: February 3, 2025 at Honolulu, Hawai'i.



/s/ Derrick K. Watson
Derrick K. Watson
Chief United States District Judge